# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUMAYA HUSSEIN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 1:23-cv-16397<br><br>Judge Manish S. Shah |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated between Plaintiff, Sumaya Hussein, and Defendant, Apple Inc., by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear her or its own attorney's fees and costs.

Date: July 9, 2024

SUMAYA HUSSEIN

By: */s/ Yaakov Saks*
Yaakov Saks
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
Ph: (201) 282-6500
ysaks@steinsakslegal.com

*Attorneys for Plaintiff Sumaya Hussein*

Agreed to by:

APPLE INC.

By: */s/ Michael D. Jacobsen*
    Michael D. Jacobsen, Bar No. 6303584
    mjacobsen@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive
    Suite 8000
    Chicago, Illinois 60606-6448
    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000

    *Attorneys for Defendant Apple Inc.*

312331320v.1